In the Matter of the Claim of FRANK ANDERSON, Respondent, v. CARISTO CONSTRUCTION Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.